UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ISAIH STERLING and LISA STERLING,
                Plaintiffs,

-against-

THE CITY OF NEW YORK, POLICE
OFFICERS "JOHN DOE" 1-2, VENEZIANO
and MORANO and THE WARDEN OF THE
RIKERS ISLAND CORRECTIONAL FACILITY,
                Defendants.

**ANSWER**

08CV02350(PAC)
Hon. Paul A. Crotty

---

      Insufficient information to form a belief - paragraphs #1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 12, 13, 14, 15, 16, 22, 23, 24, 25, 26, 27, 28, 30, 31, 32.

      Admits - paragraphs 11, 29.

## AFFIRMATIVE DEFENSES

1. Statute of Limitations. This action is barred by the Statute of Limitations whether the theory of liability is negligence or malpractice or any other theory of liability.

2. Complaint does not state a cause of action.

3. Complaint does not state sufficient facts to state a cause of action.

## COUNTERCLAIM

1. Rule 11 Sanctions

2. Attorney fees and costs

Dated: New York, New York
       July 8, 2008

Respectfully,

Amelio P. Marino
Marino & Veneziano, Esqs.
163 West 71 Street
New York, NY 10023
(212)873-7297

**Attorney's Affirmation**

...has been compared by me with the original and found to be a true and complete copy. state that I am the attorney(s) of record for _____ in the within action; I have read the foregoing _____ and know the contents thereof; the same is true to my own knowledge, except as to the matters therein alleged to be on information and belief, and as to those matters I believe it to be true. The reason this verification is made by me and not by

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:

I affirm that the foregoing statements are true, under the penalties of perjury.
Dated:

STATE OF NEW YORK, COUNTY OF _New York_ ss.:

**Individual Verification**

I, the undersigned, being duly sworn, depose and say: I am _Defendants_ in the action; I have read the foregoing _____ and know the contents thereof; the same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true.

**Corporate Verification**

the _____ of _____ a _____ corporation and a party in the within action; I have read the foregoing and know the contents thereof; and the same is true to my own knowledge, except as to the matters therein stated to be alleged upon information and belief, and as to those matters I believe it to be true. This verification is made by me because the above party is a corporation and I am an officer thereof.

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:

Sworn to before me on JUL 0 9 2008  _Jasmine J. Vaden_    x _Amelio P. Marino_
JASMINE J. VADEN
Notary Public, State of New York
Reg. No. 04VA6132291
Qualified in New York County
Commission Expires Aug. 18 2009     x _Ronald J. Venegano_

STATE OF NEW YORK, COUNTY OF _New York_ ss.:    (If more than one box is checked—indicate after names type of service used.)

I, the undersigned, being sworn, say: I am not a party to the action, am over 18 years of age and reside at c/o 163 West 71 St. NY.

On _MARIA SANTOS_ _7/9/08_ I served the within _Answer_

**Service by Mail** – by mailing a copy to each of the following persons at the last known address set forth after each name below.

**Personal Service on Individual** – by delivering a true copy of each personally to each person named below at the address indicated. I knew each person served to be the person mentioned and described in said papers as *a party therein*:

**Service by Electronic Means** – by transmitting a copy to the following persons by ☐ FAX at the telephone number set forth after each name below ☐ E-MAIL at the E-Mail address set forth after each name below, which was designated by the attorney for such purpose, and by mailing a copy to the address set forth after each name.

**Overnight Delivery Service** – by dispatching a copy by overnight delivery to each of the following persons at the last known address set forth after each name below.

PAUL B. DALNOSKY — attorney
333 East 6 street
new york, ny 10003
apt. #1N

_Amelio P. Marino_
AMELIO P. MARINO
Notary Public, State of New York
No. 02MA7716880
Qualified in New York County
Certificate Filed in New York County
Commission Expires June 30, 20__

Sworn to before me on 7/9/08